**Form 154A**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

5

In re:                                                              Bankruptcy Case No.: 18−70822−JAD

Chapter: 13

**Kenneth W. Rhodes**              Terri L Rhodes
  Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 4, 2019**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                           Michael R. Rhodes
  U.S. Bankruptcy Court                                       *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 11/27/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-70822-JAD
Kenneth W. Rhodes                                                       Chapter 13
Terri L Rhodes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7           User: admin              Page 1 of 1              Date Rcvd: Nov 27, 2018
                               Form ID: 154A            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2018.
db/jdb         +Kenneth W. Rhodes,   Terri L Rhodes,    415 Strayer Street,   Johnstown, PA 15906-1631
14954657       +Bby/cbna,   50 Northwest Point Road,   Elk Grove Village, IL 60007-1032
14954659       +First Natl Bk Of Pa,   4140 E State St,   Hermitage, PA 16148-3401
14954660       +Johnstown School Emp F,   738 Viewmont Ave,   Johnstown, PA 15905-1636
14954661       +Mariner Finance,   2742 Plank Road,   Altoona, PA 16601-9331
14954663      #+Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
14954664       +Select Portfolio Svcin,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
14954666       +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14954656        E-mail/Text: ebn@americollect.com Nov 28 2018 02:26:51     Americollect Inc,
                 1851 S Alverno Road,   Manitowoc, WI 54221
14954658       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2018 02:26:24     Comenitybank/kay,
                 3100 Easton Square Pl,   Columbus, OH 43219-6232
14954662       +E-mail/PDF: cbp@onemainfinancial.com Nov 28 2018 02:36:37     Onemain,   Po Box 1010,
                 Evansville, IN 47706-1010
14954665       +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2018 02:36:25     Syncb/ashley Homestore,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2018 at the address(es) listed below:
          Kenneth P. Seitz    on behalf of Debtor Kenneth W. Rhodes thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Joint Debtor Terri L Rhodes thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4