| 10/31/2018 | | UNCATEGORIZED | Kenneth Rhodes | $1,935.97 | |
|---|---|---|---|---|---|
| | | | case no. | | |
| 10/30/2018 | AXA EQUITABLE XXXXXXXXXX | UNCATEGORIZED | 18-70822 | $500.00 | |

10/31/18 AT 15:03

| Sheetz Inc<br>5700 Sixth Ave.<br>Altoona, PA 16602 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | HSE-Hourly Store Employees<br>10/26/2018<br>11/08/2018 | | Business Unit:<br>Advice #:<br>Advice Date: | 11/16/2018 | |
|---|---|---|---|---|---|---|---|
| | | | | | **TAX DATA:** | **Federal** | **PA State** |
| Terri L Rhodes<br>415 Strayer Street<br>Johnstown, PA 15906 | | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 00065-Sheetz #065<br>Sheetz #065<br>Sales<br>$11.000000 Hourly | | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br><br>20.00 | Single<br>0 |

| | HOURS AND EARNINGS | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ------ Current ------ | | ------ YTD ------ | | | | | |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | | **Current** | **YTD** |
| Regular Earnings | 11.000000 | 62.75 | 690.25 | 1,356.25 | 14,918.75 | Fed Withholdng | | 62.68 | 1,663.85 |
| Employee Cleanliness | | | 0.00 | | 319.88 | Fed MED/EE | | 8.90 | 228.26 |
| Employee Friendliness | | | 0.00 | | 252.00 | Fed OASDI/EE | | 38.09 | 976.02 |
| Employee Accuracy | | | 0.00 | | 100.00 | PA Unempl EE | | 0.42 | 10.49 |
| Holiday Earnings | | | 0.00 | 26.75 | 147.14 | PA Withholdng | | 18.86 | 483.32 |
| Personal Time Hourly | | | 0.00 | 29.00 | 319.00 | PA Withholdng | | 9.21 | 236.14 |
| SheetzFEST Hourly | | | 0.00 | 16.00 | 176.00 | PA LS Tax | | 6.00 | 138.00 |
| Vacation - Hourly | | | 0.00 | 113.00 | 1,243.00 | | | | |
| **TOTAL:** | | 62.75 | 690.25 | 1,541.00 | 17,475.77 | **TOTAL:** | | 144.16 | 3,736.08 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| Medical Pre-Tax Deduction | 60.00 | 1,366.00 | | | | Medical Pre-Tax Deduction | 154.86 | 3,531.96 |
| Dental Voluntary | 8.00 | 184.00 | | | | Dental Voluntary | 15.87 | 365.01 |
| vision store two or more | 7.98 | 183.54 | | | | Core Life Insurance Deduction | 0.89 | 22.32 |
| 401K Profit Sharing Deduction | 55.22 | 1,245.35 | | | | Executive Core AD/D Deduct | 0.38 | 9.51 |
| | | | | | | Short Term Disability | 1.00 | 23.00 |
| | | | | | | Long Term Disability | 2.90 | 66.70 |
| | | | | | | 401K Profit Sharing Deduction | 27.61 | 699.05 |
| | | | | | | EAP | 3.98 | 91.54 |
| **TOTAL:** | 131.20 | 2,978.89 | **TOTAL:** | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 690.25 | 559.05 | 144.16 | 131.20 | 414.89 |
| YTD | 17,475.77 | 14,496.88 | 3,736.08 | 2,978.89 | 10,760.80 |

| | VACATION | PERSONAL | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| | | | | Account Type | Account Number | Deposit Amount |
| Start Balance | 0.75 | 15.00 | | | | |
| + Earned | 102.75 | 8.00 | | | | 414.89 |
| - Taken | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | 103.50 | 23.00 | **TOTAL:** | | | 414.89 |

**MESSAGE:**

**Sheetz Inc**
5700 Sixth Ave.
Altoona, PA 16602

| Pay Group: | HSE-Hourly Store Employees |
|---|---|
| Pay Begin Date: | 10/12/2018 |
| Pay End Date: | 10/25/2018 |

| Business Unit: | |
|---|---|
| Advice #: | |
| Advice Date: | 11/02/2018 |

**Terri L Rhodes**
415 Strayer Street
Johnstown, PA 15906

| Employee ID: | |
|---|---|
| Department: | 00065-Sheetz #065 |
| Location: | Sheetz #065 |
| Job Title: | Sales |
| Pay Rate: | $11.000000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Tax Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | 20.00 | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Earnings | 11.000000 | 64.50 | 709.50 | 1,293.50 | 14,228.50 | Fed Withholdng | 82.96 | 1,601.17 |
| Employee Customer Service | | | 91.13 | | 319.88 | Fed MED/EE | 11.57 | 219.36 |
| Bon | | | | | | Fed OASDI/EE | 49.47 | 937.93 |
| Employee Hospitality Survey | | | 60.75 | | 252.00 | PA Unempl EE | 0.52 | 10.07 |
| Employee Perfect Customer | | | 12.50 | | 100.00 | PA Withholdng | 24.50 | 464.46 |
| Shop | | | | | | PA Withholdng | 11.97 | 226.93 |
| Holiday Earnings | | | 0.00 | 26.75 | 147.14 | PA LS Tax | 6.00 | 132.00 |
| Personal Time Hourly | | | 0.00 | 29.00 | 319.00 | | | |
| SheetzFEST Hourly | | | 0.00 | 16.00 | 176.00 | | | |
| Vacation - Hourly | | | 0.00 | 113.00 | 1,243.00 | | | |
| **TOTAL:** | | 64.50 | 873.88 | 1,478.25 | 16,785.52 | **TOTAL:** | 186.99 | 3,591.92 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical Pre-Tax Deduction | 60.00 | 1,306.00 | | | | Medical Pre-Tax Deduction | 154.86 | 3,377.10 |
| Dental Voluntary | 8.00 | 176.00 | | | | Dental Voluntary | 15.87 | 349.14 |
| vision store two or more | 7.98 | 175.56 | | | | Core Life Insurance Deduction | 0.89 | 21.43 |
| 401K Profit Sharing Deduction | 69.91 | 1,190.13 | | | | Executive Core AD/D Deduct | 0.38 | 9.13 |
| | | | | | | Short Term Disability | 1.00 | 22.00 |
| | | | | | | Long Term Disability | 2.90 | 63.80 |
| | | | | | | 401K Profit Sharing Deduction | 34.96 | 671.44 |
| | | | | | | EAP | 3.98 | 87.56 |
| **TOTAL:** | 145.89 | 2,847.69 | **TOTAL:** | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 873.88 | 727.99 | 186.99 | 145.89 | 541.00 |
| YTD | 16,785.52 | 13,937.83 | 3,591.92 | 2,847.69 | 10,345.91 |

| | VACATION | PERSONAL |
|---|---|---|
| Start Balance | 12.25 | 15.00 |
| + Earned | 109.50 | 8.00 |
| - Taken | 121.00 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | 0.75 | 23.00 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| | | 541.00 |
| **TOTAL:** | | **541.00** |

**MESSAGE:** Based on your anniversary date you are scheduled to earn vacation hours. Your newly earned vacation hours will be available to take on 11/14/2018.

| Sheetz Inc<br>5700 Sixth Ave.<br>Altoona, PA 16602 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | HSE-Hourly Store Employees<br>09/28/2018<br>10/11/2018 | Business Unit:<br>Advice #:<br>Advice Date: | 10/19/2018 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Terri L Rhodes<br>415 Strayer Street<br>Johnstown, PA 15906 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 00065-Sheetz #065<br>Sheetz #065<br>Sales<br>$11.000000 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0<br><br>20.00 | Single<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | 11.000000 | 58.00 | 638.00 | 1,229.00 | 13,519.00 |
| Employee Customer Service Bon | | | 0.00 | | 228.75 |
| Employee Hospitality Survey | | | 0.00 | | 191.25 |
| Employee Perfect Customer Shop | | | 0.00 | | 87.50 |
| Holiday Earnings | | | 0.00 | 26.75 | 147.14 |
| Personal Time Hourly | | | 0.00 | 29.00 | 319.00 |
| SheetzFEST Hourly | | | 0.00 | 16.00 | 176.00 |
| Vacation - Hourly | | | 0.00 | 113.00 | 1,243.00 |
| TOTAL: | | 58.00 | 638.00 | 1,413.75 | 15,911.64 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 56.91 | 1,518.21 |
| Fed MED/EE | 8.15 | 207.79 |
| Fed OASDI/EE | 34.84 | 888.46 |
| PA Unempl EE | 0.39 | 9.55 |
| PA Withholdng | 17.25 | 439.96 |
| PA Withholdng | 8.43 | 214.96 |
| PA LS Tax | 6.00 | 126.00 |
| TOTAL: | 131.97 | 3,404.93 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Pre-Tax Deduction | 60.00 | 1,246.00 |
| Dental Voluntary | 8.00 | 168.00 |
| vision store two or more | 7.98 | 167.58 |
| 401K Profit Sharing Deduction | 51.04 | 1,120.22 |
| TOTAL: | 127.02 | 2,701.80 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Pre-Tax Deduction | 154.86 | 3,222.24 |
| Dental Voluntary | 15.87 | 333.27 |
| Core Life Insurance Deduction | 0.94 | 20.54 |
| Executive Core AD/D Deduct | 0.40 | 8.75 |
| Short Term Disability | 1.00 | 21.00 |
| Long Term Disability | 2.90 | 60.90 |
| 401K Profit Sharing Deduction | 25.52 | 636.48 |
| EAP | 3.98 | 83.58 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 638.00 | 510.98 | 131.97 | 127.02 | 379.01 |
| YTD | 15,911.64 | 13,209.84 | 3,404.93 | 2,701.80 | 9,804.91 |

| | VACATION | PERSONAL |
|---|---|---|
| Start Balance | 12.25 | 15.00 |
| + Earned | 109.50 | 8.00 |
| - Taken | 121.00 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| End Balance | 0.75 | 23.00 |

### NET PAY DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| | | 379.01 |
| TOTAL: | | 379.01 |

**MESSAGE:** Based on your anniversary date you are scheduled to earn vacation hours. Your newly earned vacation hours will be available to take on 11/14/2018.

| Sheetz Inc
5700 Sixth Ave.
Altoona, PA 16602 | Pay Group: | HSE-Hourly Store Employees | Business Unit: | |
|---|---|---|---|---|
| | Pay Begin Date: | 09/14/2018 | Advice #: | |
| | Pay End Date: | 09/27/2018 | Advice Date: | 10/05/2018 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Terri L Rhodes | Employee ID: | | Tax Status: | Single | Single |
| 415 Strayer Street | Department: | 00065-Sheetz #065 | Allowances: | 0 | 0 |
| Johnstown, PA 15906 | Location: | Sheetz #065 | Addl. Percent: | | |
| | Job Title: | Sales | Addl. Amount: | 20.00 | |
| | Pay Rate: | $11.000000 Hourly | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Earnings | 11.000000 | 61.75 | 679.25 | 1,171.00 | 12,881.00 | Fed Withholdng | 62.28 | 1,461.30 |
| Employee Customer Service | | | 0.00 | | 228.75 | Fed MED/EE | 8.75 | 199.64 |
| Bon | | | | | 191.25 | Fed OASDI/EE | 37.40 | 853.62 |
| Employee Hospitality Survey | | | 0.00 | | 87.50 | PA Unempl EE | 0.40 | 9.16 |
| Employee Perfect Customer | | | 0.00 | | | PA Withholdng | 18.52 | 422.71 |
| Shop | | | | | | PA Withholdng | 9.05 | 206.53 |
| Holiday Earnings | | | 0.00 | 26.75 | 147.14 | PA LS Tax | 6.00 | 120.00 |
| Personal Time Hourly | | | 0.00 | 29.00 | 319.00 | | | |
| SheetzFEST Hourly | | | 0.00 | 16.00 | 176.00 | | | |
| Vacation - Hourly | | | 0.00 | 113.00 | 1,243.00 | | | |
| TOTAL: | | 61.75 | 679.25 | 1,355.75 | 15,273.64 | TOTAL: | 142.40 | 3,272.96 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical Pre-Tax Deduction | 60.00 | 1,186.00 | | | | Medical Pre-Tax Deduction | 154.86 | 3,067.38 |
| Dental Voluntary | 8.00 | 160.00 | | | | Dental Voluntary | 15.87 | 317.40 |
| vision store two or more | 7.98 | 159.60 | | | | Core Life Insurance Deduction | 0.94 | 19.60 |
| 401K Profit Sharing Deduction | 47.55 | 1,069.18 | | | | Executive Core AD/D Deduct | 0.40 | 8.35 |
| | | | | | | Short Term Disability | 1.00 | 20.00 |
| | | | | | | Long Term Disability | 2.90 | 58.00 |
| | | | | | | 401K Profit Sharing Deduction | 27.17 | 610.96 |
| | | | | | | EAP | 3.98 | 79.60 |
| TOTAL: | 123.53 | 2,574.78 | TOTAL: | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 679.25 | 555.72 | 142.40 | 123.53 | 413.32 |
| YTD | 15,273.64 | 12,698.86 | 3,272.96 | 2,574.78 | 9,425.90 |

| | VACATION | PERSONAL | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|
| | | | Account Type | Account Number | Deposit Amount |
| Start Balance | 12.25 | 12.00 | | | 413.32 |
| + Earned | 109.50 | 8.00 | | | |
| - Taken | 121.00 | 5.00 | | | |
| + Adjustments | 0.0 | 0.0 | | | |
| | | | | | 413.32 |
| End Balance | 0.75 | 15.00 | TOTAL: | | 413.32 |

**MESSAGE:** Based on your anniversary date you are scheduled to earn vacation hours. Your newly earned vacation hours will be available to take on 11/14/2018.