# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 18-70822-JAD
**Kenneth W. Rhodes and** :
**Terri L. Rhodes,** : Chapter 13
        **Debtors** :
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 5th day of December, 2018, a true and correct copy of the Order dated December 4, 2018, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    SHEETZ, INC.
    5700 SIXTH AVENUE
    ALTOONA, PA 16602

    KENNETH W. RHODES
    TERRI L. RHODES
    415 STRAYER STREET
    JOHNSTOWN, PA 15906

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>December 5, 2018</u>

Respectfully submitted,
  /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors