# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                     :
                                                           : Case No. 18-70822-JAD
    Kenneth W. Rhodes and                  :
    Terri L. Rhodes,                       : Chapter 13
             Debtors         :
                                                           :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of March, 2019, a true and correct copy of the Order dated March 14, 2019, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

        SHEETZ, INC.
        5700 SIXTH AVENUE
        ALTOONA, PA 16602

        KENNETH W. RHODES
        TERRI L. RHODES
        415 STRAYER STREET
        JOHNSTOWN, PA 15906

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: March 15, 2019

Respectfully submitted,
/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors