**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-70822-JAD |
| Kenneth W. Rhodes and | : | |
| Terri L. Rhodes, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. |
| Terri L. Rhodes, | : | |
| Movant | : | Filed Under Local Bankruptcy |
| vs. | : | Rule 9013.4 Para. 6(c) |
| | : | |
| Sheetz, Inc. | : | |
| 5700 Sixth Avenue | : | |
| Altoona, PA 16602 | : | |
| Respondent | : | Related to Doc. #29 |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-2707 | : | |

**ORDER TERMINATING PAYROLL DEDUCTION**

Upon representation of the above-named Debtor, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with the Sheetz, Inc., 5700 Sixth Avenue, Altoona, PA 16602 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __14th__ day of _____March_____, 2019.

_____sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
3/14/19 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kenneth W. Rhodes  
Terri L Rhodes  
    Debtors

Case No. 18-70822-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7      User: dkam      Page 1 of 1      Date Rcvd: Mar 14, 2019  
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2019.  
db/jdb      +Kenneth W. Rhodes,    Terri L Rhodes,    415 Strayer Street,    Johnstown, PA 15906-1631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

     \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                        Signature: <u>/s/Joseph Speetjens</u>

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2019 at the address(es) listed below:

     James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bkgroup@kmllawgroup.com  
     Kenneth P. Seitz    on behalf of Debtor Kenneth W. Rhodes thedebterasers@aol.com  
     Kenneth P. Seitz    on behalf of Joint Debtor Terri L Rhodes thedebterasers@aol.com  
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

     TOTAL: 6