

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:     18-70822

DEBTOR(S):

KENNETH W RHODES

TERRI L RHODES

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 1 IN THE AMOUNT OF $2,451.81

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

12/22/2022