# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Kenneth W. Rhodes**
**Terri L. Rhodes**

Debtor(s).

Case No. 18-70822-JAD

Chapter 13

Related to Doc. Nos. 12 & 37  and 45

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by:  The Trustee

- ❑ a motion to lift stay
     as to creditor    _____

- ❑ Other:    _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated December 3, 2018
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ❑ Debtor(s) Plan payments shall be changed from $ _____ to $ _____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                                                    -1-

- ❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑ Debtor(s) shall file and serve _____ on or before _____.

- ❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>The claim of US Bank NA (Claim #14-2) shall govern.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this ___28th___ day of ___December___, 202_2_

Dated: ___12/28/2022___

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

Stipulated by:

/s/ Kenneth P. Seitz
Kenneth P. Seitz (PA I.D. #81666)
Counsel to Debtor
Law Offices of Kenny P. Seitz
POB 211
Ligonier, PA  15658
814-536-7470
thedebterasers@aol.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

FILED
12/28/22 11:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[04/22]                                             -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70822-JAD |
| Kenneth W. Rhodes | Chapter 13 |
| Terri L Rhodes | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth W. Rhodes, Terri L Rhodes, 415 Strayer Street, Johnstown, PA 15906-1631 |
| 14954660 | + | Johnstown School Emp F, 738 Viewmont Ave, Johnstown, PA 15905-1636 |
| 14966136 | + | Johnstown School Employees Federal Credit Union, 738 Viewmont Avenue, Johnstown, PA 15905-1636 |
| 14954661 | + | Mariner Finance, 2742 Plank Road, Altoona, PA 16601-9331 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:47 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14954656 | | Email/Text: ebn@americollect.com | Dec 28 2022 23:50:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14954657 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:12 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14988815 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2022 00:00:06 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14954658 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2022 23:50:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14954659 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 28 2022 23:50:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 14965855 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 28 2022 23:49:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14996470 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 28 2022 23:50:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14974847 | | Email/PDF: cbp@onemainfinancial.com | Dec 28 2022 23:49:45 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14954662 | + | Email/PDF: cbp@onemainfinancial.com | Dec 28 2022 23:49:44 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15065315 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:52 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14989055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2022 23:49:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14955550 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 28 2022 23:49:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976720 | + | Email/Text: ebnpeoples@grblaw.com | | |

District/off: 0315-7 User: auto Page 2 of 3
Date Rcvd: Dec 28, 2022 Form ID: pdf900 Total Noticed: 24

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Dec 28 2022 23:50:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14984160 | Email/Text: bnc-quantum@quantum3group.com Dec 28 2022 23:50:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14954664 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 28 2022 23:50:00 | | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14954665 | + Email/PDF: gecsedi@recoverycorp.com Dec 28 2022 23:49:52 | | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14954666 | + Email/PDF: Citi.BNC.Correspondence@citi.com Dec 29 2022 00:00:20 | | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14989223 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Dec 28 2022 23:50:00 | | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14983965 | Email/PDF: ebn_ais@aisinfo.com Dec 28 2022 23:49:37 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954663 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Kenneth W. Rhodes thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Terri L Rhodes thedebterasers@aol.com |

District/off: 0315-7 | User: auto | Page 3 of 3
Date Rcvd: Dec 28, 2022 | Form ID: pdf900 | Total Noticed: 24

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6