Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kenneth W. Rhodes
Terri L Rhodes**
   Debtor(s)

Bankruptcy Case No.: 18−70822−JAD

Chapter: 13
Docket No.: 49 − 48

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 26th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/21/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

                                                                   Jeffery A. Deller
                                                                  United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70822-JAD |
| Kenneth W. Rhodes | Chapter 13 |
| Terri L Rhodes | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: 408 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth W. Rhodes, Terri L Rhodes, 415 Strayer Street, Johnstown, PA 15906-1631 |
| 14954660 | + | Johnstown School Emp F, 738 Viewmont Ave, Johnstown, PA 15905-1636 |
| 14966136 | + | Johnstown School Employees Federal Credit Union, 738 Viewmont Avenue, Johnstown, PA 15905-1636 |
| 14954661 | + | Mariner Finance, 2742 Plank Road, Altoona, PA 16601-9331 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2023 23:55:52 | | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14954656 | | Email/Text: ebn@americollect.com Apr 26 2023 23:50:00 | | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14954657 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 27 2023 00:08:14 | | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14988815 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 27 2023 00:08:26 | | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14954658 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 26 2023 23:50:00 | | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14954659 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com Apr 26 2023 23:49:00 | | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 14965855 | | Email/PDF: resurgentbknotifications@resurgent.com Apr 26 2023 23:56:38 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14996470 | + | Email/Text: bankruptcy@marinerfinance.com Apr 26 2023 23:49:00 | | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14974847 | | Email/PDF: cbp@onemainfinancial.com Apr 26 2023 23:56:32 | | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14954662 | + | Email/PDF: cbp@onemainfinancial.com Apr 26 2023 23:55:29 | | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15065315 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2023 23:56:20 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14989055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 26 2023 23:56:36 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14955550 | + | Email/PDF: rmscedi@recoverycorp.com Apr 26 2023 23:55:54 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976720 | + | Email/Text: ebnpeoples@grblaw.com | | |

Case 18-70822-JAD    Doc 50    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 408 | Total Noticed: 24 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14984160 | | Email/Text: bnc-quantum@quantum3group.com Apr 26 2023 23:50:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14954664 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Apr 26 2023 23:50:00 | | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14954665 | + | Email/PDF: gecsedi@recoverycorp.com Apr 26 2023 23:55:34 | | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14954666 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Apr 27 2023 00:08:26 | | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14989223 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Apr 26 2023 23:50:00 | | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14983965 | | Email/PDF: ebn_ais@aisinfo.com Apr 26 2023 23:56:02 | | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954663 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Kenneth W. Rhodes thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Terri L Rhodes thedebterasers@aol.com |

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: 408 | Total Noticed: 24 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6