**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KENNETH W. RHODES<br>TERRI L RHODES<br>     Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>     vs.<br>No Respondents. | Case No.:18-70822 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/26/2018 and confirmed on 1/30/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 45,553.94 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,553.94 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,056.80 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,556.80 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 0.00 | 26,659.88 | 0.00 | 26,659.88 |
|     Acct: 0959 | | | | |
|   US BANK NA - INDENTURE TRUSTEE CIM | 512.69 | 512.69 | 0.00 | 512.69 |
|     Acct: 0959 | | | | |
|   JOHNSTOWN SCHOOL EMPLOYEE FCU | 11,579.62 | 11,579.62 | 872.72 | 12,452.34 |
|     Acct: 7048 | | | | |
| | | | | 39,624.91 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH W. RHODES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   AMERICOLLECT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9611 | | | | |
|   CITIBANK NA** | 3,386.59 | 36.58 | 0.00 | 36.58 |
|     Acct: 4933 | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENIT | 212.97 | 2.30 | 0.00 | 2.30 |
|     Acct: 9732 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 3,574.62 | 38.61 | 0.00 | 38.61 |
|     Acct: 0910 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 2,519.00 | 27.21 | 0.00 | 27.21 |
|     Acct: 9495 | | | | |
|   JOHNSTOWN SCHOOL EMPLOYEE FCU | 5,749.82 | 62.10 | 0.00 | 62.10 |
|     Acct: 8067 | | | | |
|   JOHNSTOWN SCHOOL EMPLOYEE FCU | 5,243.43 | 56.63 | 0.00 | 56.63 |
|     Acct: 8003 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 5,221.21 | 56.39 | 0.00 | 56.39 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0637 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1918 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1818 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1818 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,777.00 | 40.79 | 0.00 | 40.79 |
| | Acct: 2252 | | | | |
| | CITIBANK NA** | 4,159.98 | 44.93 | 0.00 | 44.93 |
| | Acct: 4012 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8425 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 455.97 | 4.92 | 0.00 | 4.92 |
| | Acct: 3340 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 163.67 | 1.77 | 0.00 | 1.77 |
| | Acct: 0001 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8495 | | | | |
| | MARINER FINANCE LLC | 4,104.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 5141 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2252 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 372.23 |

| TOTAL PAID TO CREDITORS | | | | | 39,997.14 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        12,092.31
UNSECURED      38,568.41

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   KENNETH W. RHODES
   TERRI L RHODES
        Debtor(s)

   Ronda J. Winnecour
        Movant
        vs.
   No Repondents.

Case No.:18-70822 JAD

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70822-JAD |
| Kenneth W. Rhodes | Chapter 13 |
| Terri L Rhodes | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth W. Rhodes, Terri L Rhodes, 415 Strayer Street, Johnstown, PA 15906-1631 |
| 14954660 | + | Johnstown School Emp F, 738 Viewmont Ave, Johnstown, PA 15905-1636 |
| 14966136 | + | Johnstown School Employees Federal Credit Union, 738 Viewmont Avenue, Johnstown, PA 15905-1636 |
| 14954661 | + | Mariner Finance, 2742 Plank Road, Altoona, PA 16601-9331 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:36 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14954656 | | Email/Text: ebn@americollect.com | Apr 26 2023 23:50:00 | Americollect Inc, 1851 S Alverno Road, Manitowoc, WI 54221 |
| 14954657 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:27 | Bby/cbna, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14988815 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:26 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14954658 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2023 23:50:00 | Comenitybank/kay, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14954659 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 26 2023 23:49:00 | First National Bank of Pennsylvania, 4140 E. State St., Hermitage, PA 16148-3401 |
| 14965855 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2023 23:56:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14996470 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 26 2023 23:49:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14974847 | | Email/PDF: cbp@onemainfinancial.com | Apr 26 2023 23:56:13 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14954662 | + | Email/PDF: cbp@onemainfinancial.com | Apr 26 2023 23:56:13 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 15065315 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:36 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14989055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 26 2023 23:56:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14955550 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 26 2023 23:56:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14976720 | + | Email/Text: ebnpeoples@grblaw.com | | |

Case 18-70822-JAD    Doc 51    Filed 04/28/23    Entered 04/29/23 00:29:59    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | Bypass Type | Email Address | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 26 2023 23:49:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14984160 | | Email/Text: bnc-quantum@quantum3group.com | Apr 26 2023 23:50:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14954664 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | Select Portfolio Svcin, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 14954665 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 26 2023 23:55:34 | Syncb/ashley Homestore, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14954666 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 00:08:50 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14989223 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 26 2023 23:50:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14983965 | | Email/PDF: ebn_ais@aisinfo.com | Apr 26 2023 23:56:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as indenture trust |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14954663 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2023           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3 bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Kenneth W. Rhodes thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Terri L Rhodes thedebterasers@aol.com |

District/off: 0315-7 User: auto Page 3 of 3
Date Rcvd: Apr 26, 2023 Form ID: pdf900 Total Noticed: 24

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 6