**Fill in this information to identify the case:**

Debtor 1   Kenneth W. Rhodes

Debtor 2   Terri L. Rhodes
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Western</u> District of <u>PA</u>

Case number   <u>18-70822 JAD</u>

## <u>Form 4100R</u>

# Response to Notice of Final Cure Payment                          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

**Name of Creditor:**   U.S. Bank National Association, as indenture trustee,     **Court claim no.** (if known):   14-2
for the CIM Trust 2016-3, Mortgage-Backed Notes,
Series 2016-3

**Last 4 digits** of any number you use to identify the debtor's account:     0959
**Property address:**

415 Strayer Street
Johnstown, PA 15906

### Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this          $ _____
response is:

### Part 3:   Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, and costs.

The next postpetition payment from the debtor(s) is due on:          Loan is due for the 04/03/2023 as of last Trustee payment and hand-off of post-
petition payments to the debtor.

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees,
charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a.   Total postpetition ongoing payments due: | (a) | $ _____ |
| b.   Total fees, charges, expenses, escrow, and costs outstanding: | **+** (b) | $ _____ |
| c.   **Total.** Add lines a and b. | (c) | $ _____ |

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Debtor(s)   <u>Kenneth W. Rhodes and  Terri L. Rhodes</u>                Case Number *(if known)*: 18-70822 JAD
            First Name    Middle Name      Last Name

---

| **Part 4:** | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

☒/s/   <u>*Brian C. Nicholas*</u>                  Date   <u>05/24/2023</u>

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Terri L. Rhodes**<br>     **Kenneth W. Rhodes**<br><div align="right">**Debtor(s)**</div> | **BK NO. 18-70822 JAD**<br><br>**Chapter 13** |
| **U.S. Bank National Association, as indenture trustee, for the CIM Trust 2016-3, Mortgage-Backed Notes, Series 2016-3**<br><div align="right">**Movant**</div><br>     **vs.** | **Related to Claim No. #14-2** |
| **Terri L. Rhodes**<br>**Kenneth W. Rhodes**<br><div align="right">**Debtor(s)**</div> | |
| **Ronda J. Winnecour,**<br><div align="right">**Trustee**</div> | |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENTS

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 25, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Terri L. Rhodes
415 Strayer Street
Johnstown, PA 15906

Kenneth W. Rhodes
415 Strayer Street
Johnstown, PA 15906

Attorney for Debtor(s) (via ECF)
Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: May 25, 2023

*/s/ Brian C. Nicholas*
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com